IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CAINE, #129908, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-661-RAH-SMD |
| | ) |
| WARDEN BUTLER, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the Court is the Recommendation of the United States Magistrate Judge entered February 10, 2021.  (Doc. 36.)  The Plaintiff filed an objection on March 3, 2021.  (Doc. 37.)  Based on an independent review of the record, it is

ORDERED as follows:

1. The Objection (Doc. 37) is OVERRULED.

2. The Recommendation (Doc. 36) is ADOPTED.

3. The Motion for Preliminary Injunction (Doc. 8) is DENIED.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

DONE, this the 15th day of March, 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE