IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. CAINE, AIS 129908, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CV-661-RAH-CSC |
| | ) | |
| WARDEN BUTLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on August 1, 2023, to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 51) is ADOPTED.

2. Defendants' motions for summary judgment (Docs. 27, 31) are GRANTED.

3. This case is DISMISSED with prejudice.

Final Judgment will be entered separately.

DONE, on this the 22nd day of August 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE